**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br><br>Richard P Panson<br><br>    Debtor(s)<br><br>US Bank N.A.<br><br>    Movant(s),<br>vs.<br><br>Richard P Panson and Robert E Eggmann, Trustee<br><br>    Defendant(s). | In Proceedings<br>Under Chapter 7<br><br>BK 09–33446 |

**ORDER GRANTING RELIEF FROM STAY**

This matter is before the Court on a motion for relief from automatic stay filed on 12/31/2009; it appearing to the Court

☑     that the debtor has not filed an objection and/or has consented to the motion;

☑     that the Trustee has not filed an objection and/or has consented to the motion;

☐     other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted.  The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: January 19, 2010                            /s/ Kenneth J. Meyers
                                                                        UNITED STATES BANKRUPTCY JUDGE